UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FELICIA BOZWORTH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. CIV-19-143-G |

## ORDER

Now before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell, entered October 1, 2019. No objection to the Report and Recommendation has been filed within the time allowed, and no extension of time in which to object has been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge (Doc. No. 21) is ADOPTED in its entirety. The decision of the Commissioner of Social Security is AFFIRMED.

IT IS SO ORDERED this 30th day of October, 2019.

_____
CHARLES B. GOODWIN
United States District Judge